UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSE CARDENAS,

    Petitioner,

v.

T.J. WATSON,
*Warden*,

    Respondent.

CIVIL NO. 17-4129 (PJS/DTS)

<u>ORDER</u>

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated August 2, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Cardenas's Petition for a Writ of Habeas Corpus [Docket No. 1] is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 9/11/18

                                          s/Patrick J. Schiltz_____
                                          PATRICK J. SCHILTZ
                                          United States District Court Judge